# United States District Court
## Southern District of Georgia

VERLON FRY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-194

DR. LANE ULRICH and DR. DARLIN MAO,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 12, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be GRANTED, and this civil action stands CLOSED.

03/12/2020
*Date*

Scott L. Poff
*Clerk*

*Tara H. Burton*
*(By) Deputy Clerk*